# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Alexander Jr. | U.S. District Court | 05/12/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Active | ☐ Nomination,    Date <br> ☐ Initial   ☒ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 6500 Cherrywood Lane <br> Greenbelt, Maryland | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law (Spring Semester Only) | Howard University School of Law, Washington, D.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 5/11/90 | Approved by Chief Judge (4th Cir.) to teach at Howard University |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 20 A 11: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/12/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Adjunct Professor, Howard University | $ 10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▆▆▆ owner and proprietor of Daycare & Adult Care Business until 3/6/07 when building was sold and business ceased from operation. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BB&T Bank | Mortgage Loan on Cheverly, Maryland property (sold in 2006) | None |
| 2. | America's Servicing Company | 1st Mortgage on Aquasco Property | N |
| 3. | HFC | 2nd Mortgage on Aquasco Property | M |
| 4. | MBNA | Credit Card (paid down in 2006) | J |
| 5. | Citi Visa | Credit Card (paid down in 2006) | J |
| 6. | Ohio Savings | Mortgage on Capital Heights, Maryland Property (sold in 2006) | N |
| 7. | Ford Credit Company | Loan on two vehicles (paid off in 2006) | L |
| 8. | Countrywide Mortgage | Mortgage on Rental Property in Chesterfield County, Virginia | M |
| 9. | Regal Bank & Trust | Mortgage on Beltsville Property | N |
| 10. | Sun Trust Bank | Equity Loan on Beltsville Property | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cheverly, Md | F | Rent | P1 | W | sell | 3/06 | P1 | G | Iglesia Bethel DeWashingto |
| 2. * Aquasco, Md | D | Rent | N | W | | | | | |
| 3. Capital Heights, Md | E | Rent | N | W | sell | 11/13 | N | G | Rita Burgess |
| 4. Chesterfield County, Va | D | Rent | M | W | | | | | |
| 5. * * Beltsville, Md. | E | Rent | O | Q | buy | 4/21 | O | | Mertow Enterprises |
| 6. Greenbelt Federal Credit Union | A | Interest | K | T | | | | | |
| 7. Sun Trust Bank | A | Interest | L | T | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | |
| 9. Morgan Stanley/Limited Term Municipal TR | A | Dividend | J | T | | | | | |
| 10. Focus Growth FDD | A | Dividend | J | | buy | 7/21 | J | A | Open Market |
| 11. Morgan Stanley /S&P 500 Index Fund D | A | Dividend | K | T | sell | 7/21 | K | | Open Market |
| 12. Morgan stanley/Mid Cap V alue Fund D | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley/Tax Exempt Securities TRT D | A | Dividend | J | T | | | | | |
| 14. Other Mutual Funds/MSIF Active INTL Allocation A | A | Dividend | J | T | | | | | |
| 15. Other Mutual Funds/MSIF Small Company Growth A | A | Dividend | J | T | | | | | |
| 16. Other Mutual Funds/Emerging Markets A | A | Dividend | J | T | | | | | |
| 17. Other Mutual Funds/MSIF TR Mid Cap | A | Dividend | J | T | sell | 7/21 | J | | Open Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Growth Inst. | | | | | | | | | |
| 18. Other Mutual Funds/MSIF TR US Small Cap Val Inst. | A | Dividend | J | T | | | | | |
| 19. Van Kampten Comstock 1 | A | Dividend | J | T | buy | 7/21 | J | | Open Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Williams, Alexander Jr. | 05/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

EXPLANATIONS:

VII.    (ITEM 2)   This item (beach property) use to be a second home that was our residence.  As of August of 2006, we have had tenants residing in it.  The tenants pay a portion of the mortage.

VII. (ITEM 5)   This property title is taken in the name of AJW Management, LLC) whose exclusive members are the reporting person

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Alexander Jr. | 05/12/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date___August 16, 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544